[No. 27242-3-II.   Division Two.   August 2, 2002.]

PAMELA D. IDAHOSA, *Appellant*, v. KING COUNTY, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 4, 2002. Substitute opinion filed. Now published at 113 Wn. App. 930.

[No. 27603-8-II.   Division Two.   August 2, 2002.]

SHIRLEY ANN YOUNG, *Appellant*, v. INTERCITY TRANSIT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02325-8, Richard A. Strophy, J., entered June 22, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.

[No. 46755-7-I.   Division One.   August 5, 2002.]

JOHN S. BRUNS, *Appellant*, v. PHOENIX INVESTIGATIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-04835-4, Linda C. Krese, J., entered May 17, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47169-4-I.   Division One.   August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PORSCHE WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07233-4, Steven G. Scott, J., entered July 20, 2000. *Dismissed* by unpublished per curiam opinion.